# Exhibit 102
# Declaration of Janet Oakes

**UNITED STATES DISTRICT COURT**

**DISTRICT COURT OF MINNESOTA**

_____

DARRELL KLUGE                                  )

    Plaintiff,                                )          CIVIL NO. 09-1763(DWF/JJG)

    v.                                        )

INTERNAL REVENUE SERVICE,          )          DECLARATION OF JANET OAKES

    Defendant.                                )          IN DEFENDANT'S MOTION FOR

                                                )          SUMMARY JUDGMENT

_____)

I, JANET OAKES, pursuant to the provisions of 28 U.S.C. § 1746, declare and say:

1.    I am a Special Agent and Functional Disclosure Coordinator in the St. Paul, Minnesota Field Office of Criminal Investigation (CI) for the Internal Revenue Service (the "Service"). I have been employed with the Service since 1987, and have been with CI also since 1987. In my dual role as Special Agent and Functional Disclosure Coordinator, I respond to requests under the Freedom of Information Act (FOIA) for information that is in CI's possession. My duties have included responding to requests under the FOIA since approximately 2000. These duties require knowledge of the types of documents created and maintained by CI, how to search for such documents, knowledge of procedures and requirements for making FOIA requests, and an understanding of the provisions of the FOIA, which exempts certain documents from disclosure in response to a request.

1       2.      I am familiar with the FOIA request and the documents at issue in this

2   lawsuit.

3       3.      On May 29, 2009, I was contacted by Disclosure Specialist Vivian King

4   regarding a FOIA request from plaintiff, Darrell Kluge.  Ms. King informed me that her

5   search for documents responsive to the FOIA request indicated that certain of plaintiff's

6   tax years were under criminal investigation.  At that time, I confirmed to Ms. King that CI

7   is investigating plaintiff's 2004-2006 tax years and informed her that I would contact the

8   Special Agent handling plaintiff's case to locate documents responsive to the request.

9       4.      On June 01, 2009, I received a faxed copy of plaintiff's FOIA request.

10      5.      On June 10, 2009, I met with the Special Agent handling plaintiff's case to

11  discuss responding to plaintiff's request for information pertaining to the investigation of

12  his 2004-2006 tax years.  Together we reviewed plaintiff's FOIA request.  Because the

13  request sought access to information and records in the Service's investigative files

14  pertaining to the 2004-2006 tax years, we determined that CI was in possession of

15  responsive documents.  We searched through the investigative case file on a page-by-

16  page basis to determine what, if any, pages were responsive to plaintiff's request.  After

17  identifying and gathering the responsive documents, we reviewed them to determine if

18  the Service should withhold any pages or portions of pages pursuant to the FOIA

19  exemptions.

20      6.      On June 24, 2009, I met with Disclosure Specialist Vivian King and

21  delivered to her the documents identified by myself and the Special Agent handling

22  plaintiff's investigation as responsive to plaintiff's request, and indicated to Ms. King that

23  certain documents should be withheld, in full and in part, from release under the FOIA.

1

2     I declare under penalty of perjury that the foregoing is true and correct.

3     Executed on ____*May 3*____, 2010.

4
5
6                                              *Janet Oakes*
7                                              Janet Oakes
8                                              Special Agent
9                                              Function Disclosure Coordinator
10                                             St. Paul Field Office
11                                             Criminal Investigation
12                                             Internal Revenue Service
13                                             Stop 9000
14                                             30 East 7th Street
15                                             St. Paul, Minnesota

3